IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Reyes, Pedro Iran | Case Number: 05 B 53599 |
| Reyes, Serenella | Judge: Hollis, Pamela S |
| Printed: 01/22/09 | Filed: 10/13/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 11, 2008
Confirmed: December 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 27,569.96 | |
| Secured: | | 11,302.63 |
| Unsecured: | | 11,677.02 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 1,500.35 |
| Other Funds: | | 389.96 |
| Totals: | 27,569.96 | 27,569.96 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Capital One | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 11,302.63 | 11,302.63 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 75.00 | 85.93 |
| 5. | Capital One | Unsecured | 374.45 | 429.01 |
| 6. | Resurgent Capital Services | Unsecured | 405.61 | 464.70 |
| 7. | Powers & Moon LLC | Unsecured | 150.00 | 171.85 |
| 8. | Capital One | Unsecured | 583.61 | 668.64 |
| 9. | RoundUp Funding LLC | Unsecured | 146.27 | 167.59 |
| 10. | Americredit Financial Ser Inc | Unsecured | 1,162.28 | 1,331.64 |
| 11. | Asset Acceptance | Unsecured | 155.63 | 178.32 |
| 12. | Asset Acceptance | Unsecured | 2,631.98 | 3,015.43 |
| 13. | ECast Settlement Corp | Unsecured | 222.03 | 254.40 |
| 14. | RoundUp Funding LLC | Unsecured | 1,928.29 | 2,209.20 |
| 15. | Capital One | Unsecured | 487.13 | 558.12 |
| 16. | ECast Settlement Corp | Unsecured | 1,552.34 | 1,778.48 |
| 17. | Resurgent Capital Services | Unsecured | 317.45 | 363.71 |
| 18. | Cingular Wireless | Unsecured | | No Claim Filed |
| 19. | Orthopedic Specialists S.C. | Unsecured | | No Claim Filed |
| 20. | Elmwood Park High School | Unsecured | | No Claim Filed |
| 21. | Union Credit Union | Unsecured | | No Claim Filed |
| 22. | Grand Dental Assoc | Unsecured | | No Claim Filed |
| 23. | Northern Illinois Medical Cntr | Unsecured | | No Claim Filed |
| 24. | Sears Family Dental | Unsecured | | No Claim Filed |
| 25. | Village Of Elmwood Park | Unsecured | | No Claim Filed |
| | | | $ 24,194.70 | $ 25,679.65 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Reyes, Pedro Iran         Case Number:  05 B 53599
        Reyes, Serenella          Judge:  Hollis, Pamela S
        Printed: 01/22/09         Filed:  10/13/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 327.79 |
| 5% | 113.34 |
| 4.8% | 209.24 |
| 5.4% | 495.35 |
| 6.5% | 308.29 |
| 6.6% | 46.34 |
|  | $ 1,500.35 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

